UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEW HAMPSHIRE

United States of America

       v.                          Criminal No. 12-cr-69-01-PB

Nazar Lopushansky

O R D E R

The assented to motion to reschedule jury trial (document no. 10) filed by defendant is granted; Final Pretrial is rescheduled to October 26, 2012 at 2:00 p.m.; Trial is continued to the two-week period beginning November 6, 2012, 9:30 a.m.

Defendant shall file a waiver of speedy trial rights within 10 days. The court finds that the ends of justice served by granting a continuance outweigh the best interest of the public and the defendant in a speedy trial, 18 U.S.C. § 3161(h)(7)(B)(iv), for the reasons set forth in the motion.

SO ORDERED.

                                                 /s/ Paul Barbadoro
                                                 Paul Barbadoro
                                                 United States District Judge

Date: July 27, 2012

cc: Jonathan R. Saxe , Esq.
    Robert M. Kinsella, Esq.
    U.S. Marshal
    U.S. Probation